U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2024R00827)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton							DISTRICT COURT NO.		1:24-CR-0323

MAGISTRATE CASE NO.

Indictment						X Information						Magistrate's Complaint
DATE:							DATE: October 15, 2024				DATE:

UNITED STATES OF AMERICA
vs.
CRAIG MURFEE ALLEN

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes    No
Will the defendant be arrested pending outcome of this proceeding?    X Yes    No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?   Yes   X No

District Judge: Thrash

Attorney: Natasha Cooper
Defense Attorney: Natasha Perdew Silas